NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

FREDDIE WILSON,                       )
                                      )
            Appellant,                )
                                      )
v.                                    )        Case No. 2D18-3139
                                      )
STATE OF FLORIDA,                     )
                                      )
            Appellee.                 )
_____)

Opinion filed March 8, 2019.

Appeal from the Circuit Court for
Hillsborough County; Emmett Lamar
Battles, Judge.

Freddie Wilson, pro se.

Alan M. Pierce of Liebler, Gonzalez &                    .
Portuondo, Miami, for Appellee.


PER CURIAM.

            Affirmed.


KHOUZAM, SALARIO, and BADALAMENTI, JJ., Concur.